# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAX WYATT,<br><br>      Petitioner,<br><br>    v.<br><br>K. SEIBEL, Warden,<br><br>      Respondent. | Case No. EDCV 16-0983-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: March 21, 2017

                                                          OTIS D. WRIGHT, II
                                                   UNITED STATES DISTRICT JUDGE