# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAX WYATT,<br><br>           Petitioner,<br><br>    v.<br><br>K. SEIBEL, Warden,<br><br>           Respondent. | Case No. EDCV 16-0983-ODW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 21, 2017

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE